IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOYCE M. ROBINSON,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

CASE NO. 2:13-cv-530
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE ELIZABETH P. DEAVERS

## OPINION AND ORDER

The Commissioner of Social Security denied disability benefits to the Plaintiff, Joyce M. Robinson, who subsequently brought an action in this Court, under 42 U.S.C. § 405(g). After a full briefing by the parties, the Magistrate Judge issued a Report and Recommendation that the denial of benefits be affirmed.

Thereafter, the Plaintiff filed objections to the Report and Recommendation. She raises five alleged errors in the Report and Recommendation. All of these issues were addressed by the Magistrate Judge.

The undersigned has reviewed the record in this case, together with the Report and Recommendation. There is no question that the Plaintiff suffers from borderline intellectual functioning, depressive disorder and reading disorder. Nonetheless, the Administrative Law Judge found that the Plaintiff's adaptive functioning deficit did not manifest before the age of twenty-two, which is required by Listing 12.05(c).

1

The Court has carefully reviewed the objections raised by the Plaintiff. The Court overrules the objections and adopts the Report and Recommendation of the Magistrate Judge.

It is so ordered that the decision of the Commissioner of Social Security be **AFFIRMED**.

_9-23-2014_
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**