AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
Eastern Division

**JOYCE M. ROBINSON,**

       **Plaintiff,**

                             **JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF**                   **CASE NO.   2:13-CV-530**
**SOCIAL SECURITY,**                   **JUDGE EDMUND A. SARGUS, JR.**
                                     **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendant.**


\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed September 23, 2014, JUDGMENT is hereby entered DISMISSING this action.**


Date: September 23, 2014                     JOHN P. HEHMAN, CLERK


                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk